AO 240A

# UNITED STATES DISTRICT COURT
## District of New Jersey

DARLENE R. ESPOSITO,

          Plaintiff

V.

BERGEN COUNTY HOUSING AUTHORITY, et al.,

          Defendants

ORDER ON APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES

Case Number: 11-942(JLL) SDW

Having considered the application to proceed without prepayment of fees under 28 U.S.C.§ 1915;

IT IS ORDERED that the application is:

☐ GRANTED, and

☐ The clerk is directed to file the complaint, and

☐ IT IS FURTHER ORDERED that the clerk issue summons and the United States Marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

☒ DENIED, for the following reasons: _Plaintiff is not indigent._

☐ and the Clerk is directed to close the file.
Plaintiff may submit a filing fee of $350.00 within 30 days from the date of this order to reopen the case.

ENTER this _25th_ day of _February_, 2011

Signature of Judicial Officer

Name and title of Judicial Officer